**Order filed, February 18, 2015.**



### In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-01020-CV

_____

**MARIANO DIAZ, INDIVIDUALLY AND A/N/F OF MARIANO DIAZ II, A MINOR CHILD, Appellant**

**V.**

**KEVIN JOHNSON, JOHN EDWARD JOHNSON, JOHNNIE M. WILLIAMS, AND JOE ORAN WILLIAMS, Appellee**

**On Appeal from the 405TH District Court
Galveston County, Texas
Trial Court Cause No. 13-CV-0009**

### ORDER

The reporter's record in this case was due **February 17, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cylena Korkmas**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM